UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER ROBINSON,

       Plaintiff,                  Case Number: 2:1-CV-12144

v.                                  HON. SEAN F. COX
                                    UNITED STATES DISTRICT
KAREN FIELD, ET AL.,         JUDGE

       Defendants.
_____/

## OPINION AND ORDER GRANTING PETITIONER'S REQUEST FOR VOLUNTARY DISMISSAL

Michigan state prisoner Christopher Robinson filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.  Now before the Court is Plaintiff's Motion to Dismiss Civil Complaint.

Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without leave of the adverse party or the court at any time before service by the adverse party of an answer or of a motion for summary judgment.  Respondent has not yet been served with the petition and, therefore, has not filed an answer or motion for summary judgment.

The Court **GRANTS** Petitioner's Motion to Dismiss Civil Complaint

and the matter is **DISMISSED WITHOUT PREJUDICE**.

                                      S/Sean F. Cox
                                      Sean F. Cox
                                      United States District Judge

Dated:  September 2, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 2, 2016, by electronic and/or ordinary mail.

                                  S/Shawna C. Burns
                                  Case Manager Generalist